# United States District Court
## for the Northern District of Oklahoma

Case No. 24-cv-283-JDR-MTS

TREVER KYLE JESTER AND ERIKA SPRABARY,

*Plaintiffs*,

*versus*

JUSTIN PAUL AND WENDY WALKER,

*Defendants*.

## ORDER TO SHOW CAUSE

Rule 4(m) of the Federal Rules of Civil Procedure requires the plaintiff to serve defendants "within 90 days after the filing of the complaint...." Fed. R. Civ. P. 4(m). Plaintiffs filed their Second Amended Complaint on July 11, 2024. Plaintiffs' deadline for serving defendants was therefore October 9, 2024. The deadline has passed. Plaintiffs have not filed a return of service indicating that any defendant has been served. Plaintiffs have, therefore, failed to timely serve defendants under Fed. R. Civ. P. 4(m).

Within twenty-one (21) days from the date this Order is filed, or by December 12, 2024, plaintiff shall file a return of service or show good cause for their failure to serve defendants. If plaintiffs do not respond as ordered, the Court will dismiss any unserved defendants without prejudice.

DATED this 21st day of November 2024.

JOHN D. RUSSELL
*United States District Judge*