# United States District Court
## for the Northern District of Oklahoma

Case No. 24-cv-283-JDR-MTS

TREVER KYLE JESTER, BRAD JESTER, GINGER JESTER, WESLEY JESTER, BRITTANY JESTER, MARK LIEBERMAN, KATHLEEN LIEBERMAN, STANTON SPRABARY, OLIVIA BARNARD, *and* ERIKA SPRABARY,

*Plaintiffs*,

*versus*

JUSTIN PAUL *and* WENDY WALKER,

*Defendants*.

## ORDER DISMISSING CASE

On November 21, 2024, the Court ordered plaintiffs to show cause as to why they had not served defendants within 90 days of filing their complaint. Dkt. 34. The Court gave plaintiffs until December 12, 2024, to file returns of service or show good cause why they had failed to serve defendants. To date, plaintiffs have not filed returns of service or responded to the order to show cause. Plaintiffs were advised that failure to comply with the Court's order could result in sanctions, including the dismissal of this case for failure to prosecute their claims. *Id.* The deadline for plaintiffs to comply with the Court's order having expired, the Court finds that plaintiffs' claims should be dismissed without prejudice for failure to timely serve the defendants.

IT IS THEREFORE ORDERED that plaintiffs' claims [Dkt. 31] are dismissed without prejudice for failure to prosecute. A separate judgment of dismissal will be entered.

DATED this 15th day of January 2025.

JOHN D. RUSSELL
*United States District Judge*