# United States District Court
## for the Northern District of Oklahoma

Case No. 24-cv-283-JDR-MTS

TREVER KYLE JESTER, BRAD JESTER, GINGER JESTER, WESLEY JESTER, BRITTANY JESTER, MARK LIEBERMAN, KATHLEEN LIEBERMAN, STANTON SPRABARY, OLIVIA BARNARD, *and* ERIKA SPRABARY,

*Plaintiffs*,

*versus*

JUSTIN PAUL *and* WENDY WALKER,

*Defendants*.

## JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an Order [Dkt. 35] dismissing plaintiffs' claims without prejudice to refiling. The Court hereby enters judgment of dismissal of plaintiffs' claims.

IT IS SO ORDERED this 15th day of January 2025.

JOHN D. RUSSELL
*United States District Judge*